PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Michael A. Simmons, Appellant.
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No. 2004-UP-378   
Submitted April 21, 2004  Filed June 17, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellant Defender Tara S. Taggart,
of Columbia, for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy
Attorney General John W. McIntosh, Assistant Deputy 

Attorney General Salley W. Elliott, all of Columbia;
and Solicitor Ralph E. Hoisington, of Charleston, 
 for Respondent.
 
 
 

PER CURIAM:  Michael A. Simmons was indicted 
 for breaking and entering a motor vehicle and for kidnapping and assault and 
 battery of a high and aggravated nature.  He pled guilty to breaking and entering 
 a motor vehicle and assault and battery of a high and aggravated nature.  
Simmons appellate counsel submitted a petition 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Simmons appeal is without merit.  Simmons did not file a pro se brief 
 with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Simmons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, HOWARD, and BEATTY, JJ., concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.